IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SYLVESTER LEWIS,                      )
                Plaintiff,       )    C.A. No. 24-43 Erie
                                )
         v.                          )    District Judge Susan Paradise Baxter
                                )    Chief Magistrate Judge Richard A. Lanzillo
KIMBERLY SMITH, et al.,               )
                Defendants.     )

## MEMORANDUM ORDER

Plaintiff Sylvester Lewis, an inmate formerly incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"),[1] originally filed this *pro se* civil rights action, pursuant to 42 U.S.C. § 1983, in the Court of Common Pleas of Forest County, Pennsylvania. [ECF No. 1-2]. The case was subsequently removed to this Court by Notice of Removal filed on February 15, 2024 [ECF No. 1], and was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

By prior Orders, the Court previously dismissed with prejudice Plaintiff's claims against all Defendants other than Defendant Wellpath, LLC. (See ECF Nos. 19, 54, 60).[2]

---

1 Plaintiff is currently incarcerated at the State Correctional Institution at Albion, Pennsylvania.

2 In his most recent Report and Recommendation dated April 24, 2026, Judge Lanzillo notes that claims also remain against "three employees of the DOC." (ECF No. 64, at p. 1). The Court presumes that, by this, Judge Lanzillo is referring to Plaintiff's claims against Defendants Superintendent Irwin, Kimberly L. Smith, and Jana Smith, which this Court dismissed without prejudice to Plaintiff's right to amend such claims within twenty (20) days of its Memorandum Order dated December 12, 2025 [ECF No. 56]; however, due to Plaintiff's failure to file an appropriate amendment within the time required, this Court subsequently dismissed all of Plaintiff's claims against said Defendants, with prejudice [ECF No. 60], leaving only Plaintiff's claims against Wellpath, LLC.

1

On November 11, 2024, Wellpath Holdings, Inc. and its affiliated companies, including Defendant Wellpath, LLC (the "Debtors"), filed a petition for relief under Chapter 11 of the United States Bankruptcy Code in the Southern District of Texas. See In re Wellpath Holdings, Inc., Case No. 24-90533 (Bankr. S.D. Tex.). On May 9, 2025, the Debtors' Chapter 11 Plan of Reorganization was confirmed and all claims and causes of action against the Debtors that arose prior to November 11, 2024, were discharged. See In re Wellpath Holdings, Inc., (Bankr. S.D. Tx. May 1, 2025) (Bankr. Doc. No. 2596, 2679, 2680). Thus, on October 15, 2025, Defendant Wellpath, LLC, filed a motion to dismiss Plaintiff's claims against it in this case based on the discharge under the Bankruptcy Court's order confirming the Debtors' Plan [ECF No. 51]. Despite being granted multiple extensions, with the last extension expiring April 3, 2026 [ECF Nos. 57, 59, 63], Plaintiff failed to file a response to Defendant Wellpath, LLC's motion.

On April 24, 2026, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Defendant Wellpath, LLC's motion to dismiss be granted based on the preclusive effect of the bankruptcy discharge, and that all claims against Defendant Wellpath, LLC's be dismissed accordingly. [ECF No. 64]. Objections to the R&R were due to be filed by May 11, 2026; however, no timely objections have been received by the Court.

Thus, after *de novo* review of the documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 13th day of May, 2026,

IT IS HEREBY ORDERED that the motion to dismiss filed by Defendant Wellpath, LLC [ECF No. 51] is GRANTED and all claims against Defendant Wellpath, LLC are DISMISSED with prejudice, based on the preclusive effect of the bankruptcy discharge in In re Wellpath

2

Holdings, Inc., Case No. 24-90533 (Bankr. S.D. Tex.). The report and recommendation of Chief Magistrate Judge Lanzillo, dated April 24, 2026 [ECF No. 64], is adopted as the opinion of this Court.

There being no further claims pending in this case, the Clerk is directed to mark this case CLOSED.

SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
       Chief United States Magistrate Judge

       All parties of record

3